STATE OF NEW JERSEY, PROSECUTOR-RESPONDENT, v. CONSUMER-FARMER MILK COOPERATIVE, INC., DEFENDANT-APPELLANT.

Superior Court of New Jersey
Appellate Division

Argued May 1, 1950—Decided May 3, 1950.

Before Judges COLIE, JAYNE and EASTWOOD.

*Mr. Reuben P. Goldstein* argued the cause for appellant.

*Mr. Leon Gerofsky* argued the cause for respondent (*Mr. T. Girard Wharton,* County Prosecutor).

PER CURIAM. The Somerset County Court dismissed the appeal on the ground that an appeal from a conviction for violation of a municipal health ordinance was not comprehended within *Rule* 2:11. On the argument, counsel conceded that since the decision in *State v. Yaccarino,* 3 *N. J.* 291 (*Sup. Ct.* 1949), appeal to the County Court is the proper method of review. With this we agree. Accordingly the judgment of the Somerset County Court is reversed and the cause remanded thereto.